U.S. Bankruptcy Court
Northern District of Illinois

In re:
Bankruptcy Case No. **20−81699**
**MAURICIO A. LUNA AND MARISOL LUNA**

Debtor

Adversary Proceeding No. **21−96017**
**MARTIN CASTAEDA ARANDA**
**OMAR ALONSO ESQUIVEL BELTRAN ET. AL.**

Plaintiff

v.
**ALPHA AGRICULTURAL BUILDERS INC.**
**MAURICIO A. LUNA ET. AL.**

Defendant

ALIAS SUMMONS IN AN ADVERSARY PROCEEDING

**To:** MAURICIO A. LUNA

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| Clerk, U.S. Bankruptcy Court<br>Northern District of Illinois<br>327 South Church Street<br>Rockford, IL 61101 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| Mariyam Hussain<br>120 South LaSalle Street<br>SUITE 900<br>Chicago, IL 60603 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | | Status Hearing Date and Time |
|---|---|---|
| | Appear Using Zoom for Government Judge Lynch<br>By video, use link: https://www.zoomgov.com/<br>By telephone, call 1−669−254−5252 or 1−646−828−7666.<br>Enter the meeting ID 160 291 5226 and passcode 852255. | 09/15/2021 at 11:00AM |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date Issued
08 / 11 / 2021



*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

Aranda et al. v. Alphaeon

Adv Proc No: **21-96017**

_____
Plaintiff v Defendant

## CERTIFICATE OF SERVICE

I, __Miriam Hallbauer__, certify that service of this summons and a copy of the complaint was made ____8-12-2021____ by:

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Mauricio Luna
3483 Valley Woods Drive
Cherry Valley, Illinois 61016

James E. Stevens
Barrick Switzer Long Balsley & Van Evera, LLP
6833 Stalter Drive
Rockford, IL 61108
via email only at JStevens@bslbv.com

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date ____8-12-2021____    Signature __/s/ Miriam Hallbauer__

Print Name: __Miriam Hallbauer__

Business Address: Legal Aid Chicago
120 S. LaSalle Street Suite 900
Chicago, IL 60603
mhallbauer@legalaidchicago.org