Appearance

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Proceeding |
| | ) | |
| MAURICIO A. LUNA AND | ) | Case No. 20 B 81699 |
| MARISOL LUNA, | ) | |
| | ) | Honorable Thomas M. Lynch |
| **Debtor.** | ) | |

| | | |
|---|---|---|
| **Rodrigo Martinez Torres, Dario Aguilera Rendon, Luis Alfredo Gamboa Marrero, Melquiades Barron Sandoval, Omar Alonso Esquivel Beltran, Brian Flores Gonzalez, Gerardo Martinez Hernandez, Angel Valentin Estrella Diaz, Gerardo Santillan Hernandez, Arturo Jasso Villalpando, Gerardo Garcia Roldan, Manuel de Jesus Sandoval Medina, Jose Luis Torres Salinas, Rogelio Olivares Rodarte, Martin Castañeda Aranda, Samuel Hidrogo Ruiz, J Remedios Mares Cordova, Guillermo Guevara Mora, Jose Eliseo Hernandez Aranda, Francisco Palos Soto, Edgar Castillo Torres, Manuel Mora Garcia, Marco Cuevas Leal, and Felipe Flores Garcia,** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **Adv. Pro. No. 21-96017** |
| **Plaintiffs,** | ) ) | |
| v. | ) ) | |
| **Mauricio Luna, Alpha Agricultural Builders Inc., Spartans Agricultural Builders Inc.,** | ) ) ) ) ) | |
| **Defendants.** | ) ) | |

I, the undersigned, file my appearance as one of the attorneys for plaintiffs in the above-referenced adversary proceeding.

/s/ Alexandra Reed
Alexandra Reed

Alexandra Reed (ARDC No. 6327481)
Legal Aid Chicago
120 S. LaSalle St., Ste. 900
Chicago, IL 60603
(312) 423-5907
areed@legalaidchicago.org

COUNSEL FOR THE PLAINTIFFS

Alexandra Reed

Dated:         September 13, 2021