UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | | |
|---|---|---|
| In Re:<br>Mauricio A. Luna and<br>Marisol Luna<br><br><br>Debtor(s)<br>Spartans Agricultural Builders, Inc.<br><br><br>Plaintiff(s)<br>Mauricio Luna, et al.<br><br><br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 20-81699<br><br>Chapter: 7<br><br>Honorable Thomas M. Lynch<br><br><br><br>Adv. No.: 21-96017 |

## ORDER GRANTING SPARTANS AGRICULTURAL BUILDERS, INC.'S MOTION TO DISMISS ADVERSARY PROCEEDING

Upon Substituted Plaintiff Spartans Agricultural Builders, Inc.'s ("Spartans") Motion to Dismiss Adversary Proceeding (the "Motion"), due notice having been given, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED:

1. The Motion is granted.

2. Adversary Proceeding Number 21-96017 is dismissed without prejudice.

Enter:

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated:  April 06, 2022

**Prepared by:**

Attorney Erin A. West
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
Madison, WI 53711